IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:05cr217

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CALVIN WATTY DRIVER, | ) | |
| | ) | |
| Defendant. | ) | |

Pending before the Court is the Defendant's Motion for Attorney Edward Hensly to release file/documents [# 81]. Defendant moves for an Order from this Court ordering his former attorney to provide him with various documents, including transcripts of court proceedings, discovery, and medical exams. Although Defendant states that such information is needed for him to proceed with this matter on appeal, the Fourth Circuit affirmed his sentence in 2008 [# 63]. After a review of the docket and Defendant's motion, the Court **DENIES** the Motion for Attorney Edward Hensley to release/file documents [# 81].

Signed: December 19, 2012

Dennis L. Howell
United States Magistrate Judge